IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RENEA BARRINGER LAXTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> )     1:18CV446 <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | |

## ORDER

On May 29, 2019, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the Court. (ECF Nos. 15, 16.)

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation. (ECF No. 17.)

The Court has made a de novo determination which is in accord with the Magistrate Judge's report. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that the Plaintiff's motion for a judgment reversing or modifying the decision of the commissioner of social security, or remanding the cause for a rehearing, (ECF No.10), is DENIED, that the Defendant's motion for judgment on the pleadings, (ECF No. 12), is GRANTED, that the final decision of the commissioner be upheld, and that this action is DISMISSED with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 18th day of June 2019.

/s/ Loretta C. Biggs
United States District Judge